# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| RAYMOND HOLLOWAY, JR., <br> *Plaintiffs* <br> v. <br> JEFFERSON B. SESSIONS, III, Attorney General of the United States, THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, and the UNITED STATES OF AMERICA, <br> *Defendants* | ) <br> ) Civil Action No. 1:17-CV-0081 <br> ) <br> ) <br> ) (Chief Judge Conner) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: **SUM MARY JUDGMENT be and is hereby ENTERED** in favor of plaintiff RAYMOND HOLLOWAY, JR., and against defendants JEFFERSON B. SESSIONS, III, Attorney General of the United States, THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, and the UNITED STATES OF AMERICA; **and DECLARATORY JUDGMENT be and is hereby ENTERED** in favor of plaintiff RAYMOND HOLLOWAY, JR., and against defendants JEFFERSON B. SESSIONS, III, Attorney General of the United States, THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, and the UNITED STATES OF AMERICA, as follows: It it ORDERED and DECLARED that the felon-in-possession ban of 18 U.S.C. § 922(g)(1) is unconstitutional as applied to plaintiff Raymond Holloway, Jr., in violation of the Second Amendment to the United States Constitution. Defendants, together with all those acting in concert with them are ENJOINED from enforcing, directing enforcement, or permitting enforcement of the felon-in-possession ban of 18 U.S.C. § 922(g)(1) against Holloway, in accordance with this court's memorandum and order (Docs. 83, 84), dated September 28, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge    Chief Judge Christopher C. Conner

MOTION FOR SUMMARY JUDGMENT

Date:    Oct 1, 2018             *CLERK OF COURT*    PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*