**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND HOLLOWAY, JR.,** | : | **CIVIL ACTION NO. 1:17-CV-81** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFERSON B. SESSIONS III,** | : | |
| *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 3rd day of October, 2018, upon consideration of the parties'
Joint Motion (Doc. 86) to Stay Request for Attorney Fees and Costs, it is hereby
ORDERED that said motion is GRANTED. The requirement of Plaintiff to file a
request for attorney fees and costs as to Plaintiff Raymond Holloway, Jr., shall be
stayed until 90 days after the later of the following occurs: (1) the decision of the
parties on whether to appeal the Court's final judgment of Plaintiff Holloway's
claims or (2) in the event of an appeal, a final decision on the appeal is reached and
the appropriate mandate has issued. Following the expiration of this 90-day period,
Plaintiff shall have 45 days within which to submit a request for attorney fees and
costs with respect to his claims in the event that the parties are unable to reach a

settlement regarding all issues related to attorney fees and costs. In that event,

Plaintiff Holloway preserves all issues related to attorney fees and costs so that they

may be presented to the Court for adjudication.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania